# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TOBY J. MASSE | JUDGMENT IN A CIVIL CASE |
| v. | |
| PAT GLEBE, *et al.*, | CASE NUMBER: C08-5752RBL |

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That thirty days have passed since the Order Adopting the Report and Recommendation was entered on September 4, 2009, and the filing fee has not been paid. ACCORDINGLY, **IT IS ORDERED**: This cause of action is **DISMISSED.**


October 20, 2009                                     BRUCE RIFKIN
                                                     Clerk


                                                     *s/CM Gonzalez*
                                                     By, Deputy Clerk